# NO. 12-23-00047-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN RE:* | § | |
| *VOLT POWER, LLC,* | § | *ORIGINAL PROCEEDING* |
| *RELATOR* | § | |

### MEMORANDUM OPINION
### PER CURIAM

Volt Power, LLC filed this original proceeding to challenge Respondent's order granting a motion to compel production filed by Real Party in Interest, Quandel Ray Morgan.[1] On April 5, 2023, this Court conditionally granted the petition in part and directed Respondent to vacate only that portion of his January 3, 2023, order compelling responses to Requests 83, 85, and 91 from Morgan's first request for production, and in its stead, to issue an order imposing limits on these requests and compelling Volt to respond to the production requests as limited. We denied Volt's petition in all other respects. By an order signed on April 13, Respondent complied with this Court's opinion and order, rendering this proceeding moot. Accordingly, we dismiss the petition for writ of mandamus as ***moot***.

Opinion delivered April 20, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] Respondent is the Honorable Dean Fowler, Judge of the 115th District Court in Upshur County, Texas. In addition to Morgan, Jared Shane Henderson and Betty Holcomb are the Real Parties in Interest.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 20, 2023**

**NO. 12-23-00047-CV**

**VOLT POWER, LLC,**
Relator
V.

**HON. DEAN FOWLER,**
Respondent

## ORIGINAL PROCEEDING

ON THIS DAY came to be heard the petition for writ of mandamus filed by Volt Power, LLC; who is the relator in appellate cause number 12-23-00047-CV and the defendant in trial court cause number 587-19, pending on the docket of the 115th Judicial District Court of Upshur County, Texas. Said petition for writ of mandamus having been filed herein on February 9, 2023, and the same having been duly considered, because it is the opinion of this Court that the writ should not issue, it is therefore CONSIDERED, ADJUDGED and ORDERED that the said petition for writ of mandamus be, and the same is, hereby **dismissed as moot**.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*